

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00112-CV

| | | |
|---|---|---|
| DAVID A. SKEELS, Appellant | § | On Appeal from the 236th District Court |
| | § | of Tarrant County (236-284262-16) |
| V. | § | October 14, 2021 |
| | § | Memorandum Opinion by Justice Womack |
| JONATHAN T. SUDER; MICHAEL T. COOKE; AND FRIEDMAN, SUDER & COOKE, P.C., Appellees | § | Dissenting Memorandum Opinion by Justice Birdwell |

## JUDGMENT ON FURTHER REHEARING

After reviewing the parties' further motions for rehearing, we deny the motions. We deny appellant David A. Skeels's further motion for en banc reconsideration as moot. However, we withdraw our June 17, 2021 judgment on rehearing and substitute the following.

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. We modify the trial court's January 7, 2018 amended final judgment (1) to delete appellee Friedman, Suder & Cooke, P.C.'s

award of attorney's fees and costs under the Uniform Declaratory Judgments Act and (2) to delete the award of sanctions in favor of appellees Jonathan T. Suder and Michael T. Cooke. As modified, we affirm the trial court's amended final judgment. We affirm the trial court's September 11, 2017 declaratory-judgment order.

It is further ordered that all parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack